McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



SEALED

FILED
MAR 1 2 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALENA NICOLE GEORGE<br><br>Defendants. | CASE NO. 1:20-CR-00064 NONE SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 12, 2020 charging the above defendant with violations of 18 U.S.C. § 1344 (BANK FRAUD); 18 U.S.C. § 1029(A)(2) (USE OF UNAUTHORIZED ACCESS DEVICES); 18 U.S.C. §§, 982(a)(2), and 1029(c)(1)(C), – CRIMINAL FORFEITURE, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrants.

DATED: March 12, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By  /s/ JOSEPH BARTON
JOSEPH BARTON
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  March 12, 2020

STANLEY A. BOONE
U.S. Magistrate Judge