MCGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
JOSEPH BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00064-NONE-SKO |
|---|---|
| Plaintiff | UNITED STATES' APPLICATION TO UNSEAL INDICTMENT, ARREST WARRANT, AND SEARCH WARRANTS |
| v. | |
| ALENA NICOLE GEORGE, | |
| Defendant. | |

The United States hereby moves this Court to unseal the Indictment and Arrest Warrant in this matter. On June 24, 2020, the defendant was arreseted in Fresno County, California. The defendant will be scheduled for an initial appearance as soon as possible. Therefore, the indictment must be unsealed to advise the defendant in open court of the charges against her.

DATED: June 24, 2020

Very truly yours,

MCGREGOR W. SCOTT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>    v.<br><br>ALENA NICOLE GEORGE,<br><br>                    Defendant. | CASE NO. 1:20-CR-00064-NONE-SKO<br><br>**UNSEALING ORDER** |

    Good cause appearing due to the defendant's pending initial appearance in this Court, it is hereby ordered that the Indictment, Arrest Warrant, Search Warrants, and related court filings in the above matter be UNSEALED.

IT IS SO ORDERED.

Dated: __**June 24, 2020**__                               _____
                                                                  UNITED STATES MAGISTRATE JUDGE