1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,              CASE NO. 1:20-CR-00064-NONE-SKO

12                Plaintiff,               STIPULATION TO CONTINUE STATUS
                                           CONFERENCE; ORDER
13         v.
                                           DATE: August 31, 2020
14 ALENA NICOLE GEORGE,                    TIME: 1:00 p.m.
                                           COURT: Hon. Sheila K. Oberto
15                Defendant.

16

17         IT IS HEREBY STIPULATED by and between the parties through their respective counsel that

18 the Status Conference scheduled for August 31, 2020, may be continued until November 16, 2020, at

19 1:00 p.m., before the Honorable Sheila K. Oberto.  The United States has produced approximately 4,000

20 pages of discovery to defense counsel.  Defense counsel has further investigation to perform in this case,

21 including review of the returns for a search warrant of the defendant's cell phone.  The parties agree

22 that time under the Speedy Trial Act shall be excluded through November 16, 2020, in the interests of

23 justice, including but not limited to, the need for effective defense preparation and defense investigation

24 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the

25 ends of justice served by taking this action outweigh the best interest of the public and the defendant in a

26 speedy trial.

27         ///

28         ///

   STIPULATION AND ORDER                    1

IT IS SO STIPULATED.

Dated:  August 20, 2020      McGREGOR W. SCOTT
                             United States Attorney

                             */s/ JOSEPH BARTON*
                             JOSEPH BARTON
                             Assistant United States Attorney

Dated:  August 20, 2020      */s/ JAYA GUPTA*
                             JAYA GUPTA
                             Counsel for Defendant

## ORDER

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for August 31, 2020, is continued until November 16, 2020, at 1:00 p.m., before the Hon. Sheila K. Oberto  The period through November 16, 2020, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **August 20, 2020**             /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                   2