McGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>ALENA NICOLE GEORGE,<br><br>             Defendant. | CASE NO.  1:20-CR-00064-NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: November 16, 2020<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for November 16, 2020, may be continued until February 3, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto.  The United States has produced approximately 4,200 pages of discovery to defense counsel and plans to produce additional discovery shortly.  Defense counsel has further investigation to perform in this case, including review of the additional discovery that the United States will produce.   The parties agree that time under the Speedy Trial Act shall be excluded through February 3, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION AND [PROPOSED] ORDER

1

IT IS SO STIPULATED.

Dated: November 6, 2020      McGREGOR W. SCOTT
United States Attorney

*/s/ JOSEPH BARTON*
JOSEPH BARTON
Assistant United States Attorney

Dated: November 6, 2020      */s/ JAYA GUPTA*
JAYA GUPTA
Counsel for Defendant

MCGREGOR W. SCOTT
United States Attorney
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00064-NONE-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ALENA NICOLE GEORGE, | |
| Defendant. | |

**ORDER**

Upon the parties' stipulation and for good cause shown, the Status Conference scheduled for November 16, 2020, is continued until February 3, 2021, at 1:00 p.m., before the Hon. Sheila K. Oberto The period through February 3, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: **November 6, 2020**         /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE