1    HEATHER E. WILLIAMS (SBN 122664)
     Federal Defender
2    JAYA C. GUPTA (SBN 312138)
     Assistant Federal Defender
3    2300 Tulare Street, Suite 330
     Fresno, California 93721
4    Telephone: (559) 487-5561
     Facsimile: (559) 487-5950
5
     Attorneys for Defendant
6    ALENA NICOLE GEORGE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA          No. 1:20-cr-00064-NONE-SKO

12            Plaintiff,               STIPULATION TO CONTINUE STATUS
                                       CONFERENCE; ORDER
13        v.
                                       DATE:   March 3, 2021
14   ALENA NICOLE GEORGE,              TIME:   1:00 p.m.
                                       COURT:  Hon. Sheila K. Oberto
15            Defendant.

16

17

18        IT IS HEREBY STIPULATED by and between the parties through their respective

19   counsel that the Status Conference scheduled for February 3, 2021 at 1:00 p.m., may be

20   continued until March 3, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The

21   government has produced more than 3,988 pages of discovery to defense counsel. Defense

22   counsel has further investigation to perform in this case. The parties agree that time under the

23   Speedy Trial Act shall be excluded through March 3, 2021, in the interests of justice, including

24   but not limited to, the need for effective defense preparation and defense investigation pursuant

25   to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

26   //

27   //

28

1    The parties further agree that the ends of justice served by taking this action outweigh the best

2    interests of the public and of the Defendant to a speedy trial.

3          IT IS SO STIPULATED.

4     Dated:  January 27, 2021

5                                                                    /s/ Jaya Gupta
                                                                      JAYA GUPTA
6                                                                     Assistant Federal Defender

7                                                                     Counsel for Defendant Alena Nicole George

8     Dated:  January 27, 2021

9                                                                    /s/ Joseph Barton
                                                                      JOSEPH BARTON
10                                                                    Assistant United States Attorney

11                                                                    Counsel for Plaintiff
                                                                      United States of America

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

George – Stipulation
To Continue

1    HEATHER E. WILLIAMS (SBN 122664)
     Federal Defender
2    JAYA C. GUPTA (SBN 312138)
     Assistant Federal Defender
3    2300 Tulare Street, Suite 330
     Fresno, California 93721
4    Telephone: (559) 487-5561
     Facsimile: (559) 487-5950
5
     Attorneys for Defendant
6    ALENA NICOLE GEORGE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA          No. 1:20-cr-00064-NONE-SKO

12            Plaintiff,               ORDER

13        v.

14   ALENA NICOLE GEORGE,

15            Defendant.

16

17

18

19                              **ORDER**

20        Upon the Parties' Stipulation and for good cause shown, the Status Conference scheduled

21   for February 3, 2021 at 1:00 p.m. is continued until March 3, 2021, at 1:00 p.m., before the

22   Honorable Sheila K. Oberto. For the reasons set forth in the Parties' Stipulation, the period

23   through March 3, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

24   3161(h)(7)(B)(i) and (iv).

25

26   IT IS SO ORDERED.

27   Dated:   **January 29, 2021**              /s/ *Sheila K. Oberto*

28
                                        2
     George – Stipulation
     To Continue

1

UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

George – Stipulation
To Continue