HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ALENA NICOLE GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALENA NICOLE GEORGE,<br><br>Defendant. | No. 1:20-cr-00064-NONE-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: April 21, 2021<br>TIME: 1:00 p.m.<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for March 3, 2021 at 1:00 p.m., may be continued until April 21, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has produced more than 4,109 pages of discovery to defense counsel. Defense counsel has further investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall be excluded through April 21, 2021, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

The parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

IT IS SO STIPULATED.

Dated:  February 24, 2021

/s/ Jaya Gupta
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Alena Nicole George

Dated:  February 24, 2021

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

**ORDER**

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for March 3, 2021, at 1:00 p.m. is continued until April 21, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The period through April 21, 2021, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:  **February 24, 2021**                  /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

George:  Stipulation to Continue