HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
ALENA NICOLE GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-00064 NONE-SKO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER |
| v. | |
| ALENA NICOLE GEORGE, | DATE:    July 7, 2021<br>TIME:    1:00 p.m. |
| Defendant. | JUDGE:   Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel that the Status Conference scheduled for April 21, 2021 at 1:00 p.m., may be continued

until July 7, 2021, at 1:00 p.m., before the Honorable Sheila K. Oberto. The government has

produced more than 4,109 pages of discovery to defense counsel. Defense counsel has further

investigation to perform in this case. The parties agree that time under the Speedy Trial Act shall

be excluded through July 7, 2021, in the interests of justice, including but not limited to, the need

for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§

3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

//

//

The parties further agree that the ends of justice served by taking this action outweigh the best interests of the public and of the Defendant to a speedy trial.

IT IS SO STIPULATED.


Dated:  April 13, 2021

/s/ Jaya Gupta
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Alena Nicole George


Dated:  April  13, 2021

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

1  IT IS SO ORDERED.

2  Dated:  __**April 13, 2021**__                    __/s/ *Sheila K. Oberto*__

3                                                      UNITED STATES MAGISTRATE JUDGE

4  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
5  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
6  2300 Tulare Street, Suite 330
   Fresno, California 93721
7  Telephone: (559) 487-5561
   Facsimile: (559) 487-5950
8
9  Attorneys for Defendant
   ALENA NICOLE GEORGE

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA          Case No. 1:20-cr-00064 NONE-SKO

15            Plaintiff,              ORDER

16     v.

17  ALENA NICOLE GEORGE,

18            Defendant.

19

20                        **ORDER**

21        Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled

22  for April 21, 2021 at 1:00 p.m. is continued until July 7, 2021, at 1:00 p.m., before the Honorable

23  Sheila K. Oberto. The period through July 7, 2021, inclusive, is excluded pursuant to 18 U.S.C.

24  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

25

26

27

28

George:  Stipulation to Continue