1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561

5  Attorneys for Defendant
   ALENA NICOLE GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00064 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| ALENA NICOLE GEORGE, | DATE:   March 25, 2022 |
| Defendant. | TIME:   9:00 a.m. |
| | JUDGE:  Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for January 21, 2022 at 9:00 a.m., be continued to March 25, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

//

//

//

1 | The defense requires additional time to conduct investigation relating to sentencing. Additionally, Ms. George's recent health issues preclude her from attending the sentencing next week. The parties agree that a sentencing date of March 25, 2022, will allow sufficient time to complete the necessary investigation. Accordingly, a continuance to March 25, 2022 is requested by the parties.

IT IS SO STIPULATED.

Dated: January 13, 2022

*/s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Alena Nicole George

Dated: January 13, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ALENA NICOLE GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:20-cr-00064 JLT-SKO |
| Plaintiff, | ORDER |
| v. | |
| ALENA NICOLE GEORGE, | |
| Defendant. | |

**ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for January 21, 2022 at 8:30 a.m. is continued to March 25, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **January 14, 2022**

_____
UNITED STATES DISTRICT JUDGE

George: Stipulation to Continue