1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561

5  Attorneys for Defendant
   ALENA NICOLE GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00064 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| ALENA NICOLE GEORGE, | DATE:   March 25, 2022 |
| Defendant. | TIME:   9:00 a.m. |
| | JUDGE:  Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for March 25, 2022 at 9:00 a.m., be continued to April 15, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

//

//

//

The defense requires additional time to conduct investigation relating to sentencing, which has been delayed because defense counsel was in a multi-week trial that lasted longer than expected. The parties agree that a sentencing date of April 15, 2022, will allow sufficient time to complete the necessary investigation. Accordingly, a continuance to April 15, 2022 is requested by the parties.

IT IS SO STIPULATED.

Dated: March 21, 2022

/s/ Jaya Gupta
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Alena Nicole George

Dated: March 21, 2022

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

## ORDER

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for March 25, 2022 at 9:00 a.m. is continued to April 15, 2022, at 9:00 a.m., before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated: **March 21, 2022**

UNITED STATES DISTRICT JUDGE