1  HEATHER E. WILLIAMS (SBN 122664)
   Federal Defender
2  JAYA C. GUPTA (SBN 312138)
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721
4  Telephone: (559) 487-5561

5  Attorneys for Defendant
   ALENA NICOLE GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ALENA NICOLE GEORGE, Defendant. | Case No. 1:20-cr-00064 JLT-SKO <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER <br><br> DATE: April 15, 2022 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Jennifer L. Thurston |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for April 15, 2022, at 9:00 a.m., be continued to May 26, 2022 at 9:00 a.m. to allow for an *in-person* hearing, before the Honorable Jennifer L. Thurston.

//

//

//

Defense counsel believes it is in Ms. George's best interest to have an in-person sentencing hearing. The parties agree that a sentencing date of May 26, 2022 will allow for an in-person hearing to take place. Accordingly, a continuance to May 26, 2022 is requested by the parties.

IT IS SO STIPULATED.

Dated:  April 12, 2022

  /s/ Jaya Gupta  
JAYA GUPTA  
Assistant Federal Defender  
Counsel for Defendant Alena Nicole George

Dated:  April 12, 2022

  /s/ Joseph Barton  
JOSEPH BARTON  
Assistant United States Attorney  
Counsel for Plaintiff  
United States of America

**ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for April 15, 2022, at 9:00 a.m. is continued to May 26, 2022 at 9:00 a.m. for an ***in person*** sentencing hearing before the Honorable Jennifer L. Thurston.

IT IS SO ORDERED.

Dated:   **April 12, 2022**

UNITED STATES DISTRICT JUDGE