HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
ALENA NICOLE GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALENA NICOLE GEORGE, <br><br> Defendant. | Case No. 1:20-CR-00064-JLT-SKO <br><br> **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED by and between the United States of America and Defendant Alena Nicole George, by and through their respective counsel of record, that a condition requiring Ms. George to attend mental health counseling services be added to her conditions of pretrial release.

Ms. George appeared before the Honorable Stanley A. Boone for an initial appearance and arraignment on an indictment on June 25, 2020. ECF No. 6. Following a detention hearing, the Court ordered Ms. George's release subject to conditions. *Id*. She has been on pretrial release since that time without any issues or violations. On October 1, 2021, the parties filed a written plea agreement in which Ms. George agreed to plead guilty to one count of unauthorized use of an access device. *See* ECF No. 37. She entered a guilty plea on October 22, 2021, and is awaiting sentencing, which will take place before the Honorable Jennifer L. Thurston on May 26. *See* ECF Nos. 38, 47.

Pretrial Services Officer Jessica McConville believes it is in Ms. George's interest to seek mental health counseling services. Defense counsel agrees, and counsel for the government does not oppose. Accordingly, the parties stipulate that the following conditions be added to Ms. George's conditions of pretrial release:

> You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.
>
> All prior conditions not in conflict with this order shall remain in full force and effect

Pretrial Services Officer McConville, agrees with the requested modification. A hearing is not requested or needed given the parties' stipulation.

IT IS SO STIPULATED.

Dated: April 19, 2022

*/s/ Jaya Gupta*
JAYA GUPTA
Assistant Federal Defender
Counsel for Defendant Alena Nicole George

Dated: April 19, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Counsel for Plaintiff
United States of America

## **ORDER**

UPON THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT the following conditions are added to Defendant Alena Nicole George's conditions of pretrial release:

> You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.
>
> All prior conditions not in conflict with this order shall remain in full force and effect

IT IS SO ORDERED.

Dated:   **April 19, 2022**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE